UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHERMAN JAY ROCKOW,<br><br>　　　　　　　　Defendant. | Case No. 2:12-cr-00013-MMD-CWH<br><br>ORDER |

Defendant Sherman Rockow pled guilty to Conspiracy to Manufacture a Controlled Substance—Marijuana Plants—in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(vii). (ECF Nos. 45, 46.) Rockow was sentenced to 15 months in custody and 3 years of supervised release. (ECF no. 73.) Rockow served his sentence and has completed one year of supervised release. Rockow now moves for early termination of his supervised release. (ECF no. 88.) The government does not object because probation has reported that Rockow has been compliant. (ECF no. 90.)

18 U.S.C. §3583(e)(1) provides that the court may, after considering certain enumerated factors under §3553(a), terminate supervised release at any time after one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Having consider the factors under §3553(a), including probation's report of Rockow's compliant conduct with supervised release conditions, the Court finds it appropriate to grant Rockow's motion for early termination of supervised release.

It is therefore ordered that Defendant's motion for early termination of supervised release (ECF no. 88) is granted.

DATED THIS 18th day of August 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE